UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS AND LISA COREY,

    Plaintiffs,

vs.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

    Defendant.

Case No. 2:19-cv-10035–MAG-RSW
Hon. MARK A. GOLDSMITH
Mag. R. STEVEN WHALEN

_____/

| THE ALEXANDER LAW FIRM | POLCE & ASSOCIATES, P.C. |
|---|---|
| ADAM S. ALEXANDER (P53584) | ANTHONY P. POLCE (P54954) |
| ANDREW R. MIKOS (P76268) | NICOLE M. SCHNUR (P69970) |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 17200 W. Ten Mile Rd., Ste. 200 | 249 South Main Street |
| Southfield, MI 48075 | Plymouth, MI 48170 |
| (248) 246-6353 | (734) 454-4700 |

_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through their respective counsel, that the above-captioned case be dismissed as to all claims between the Plaintiffs and the Defendant, with prejudice, and without costs to either party.


| */s/Adam S. Alexander* | */s/Anthony P. Polce* |
|---|---|
| Adam S. Alexander, Esq. | Anthony P. Polce, Esq. |
| THE ALEXANDER LAW FIRM | POLCE & ASSOCIATES, PC |
| 17200 W. Ten Mile Road, Ste. 200 | 249 South Main Street |
| Southfield, MI 48075 | Plymouth, MI 48170 |
| Tel: (248) 246-6353 | Phone: (734) 454-4700 |
| Fax: (248) 746-3793 | Fax: (734) 454-4780 |
| E-Mail: adalesq@gmail.com | E-mail: apolce@polcelaw.com |
| Bar Number: P53584 | Bar Number: P54954 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

1

## ORDER OF DISMISSAL WITH PREJUDICE

The parties hereto, by and through their respective attorneys, having stipulated and agreed to a dismissal of all claims of this cause of action between the Plaintiffs and the Defendant, with prejudice, and without costs to either party, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is hereby dismissed, with prejudice, and without costs to either party.

*This Order resolves the last pending claim and closes the case.*

SO ORDERED.

Dated:  May 3, 2019                              s/Mark A. Goldsmith
         Detroit, Michigan                       MARK A. GOLDSMITH
                                                 United States District Judge